# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:22-cr-0001 |
| ) | |
| **WILFREDO VAZQUEZ LOPEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated February 12, 2025, ECF No. 516, recommending that the Defendant's plea of guilty to Count One of the Indictment, Conspiracy to Possess with Intent to Distribute Cocaine, a violation of Title 21, United States Code, Sections 841(a)(1) and 846, be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 516, is **ADOPTED;** it is further

**ORDERED** that Defendant Wilfredo Vazquez Lopez's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Wilfredo Vazquez Lopez is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **April 25, 2025;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **May 9, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **May 23, 2025;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **June 2, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **June 13, 2025, at 9:00 A.M. in STT Courtroom No. 1**.


**Dated: February 28, 2025**              */s/ Robert A. Molloy*
                                          **ROBERT A. MOLLOY**
                                          **Chief Judge**